# 950 CASES REPORTED WITH BRIEF SYLLABI.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Workmen's Compensation of Dependents of HERMAN GARTNER, Deceased, Respondents, v. NEW YORK DAIRY PRODUCE COMPANY, Employer, and LONDON AND LANCASHIRE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Awards unanimously affirmed.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SALVATORE DOMENICO ANTONIO, Respondent, for Compensation under the Workmen's Compensation Law, v. RODGERS & HAGERTY, INC., Appellant.— Award unanimously affirmed.

In the Matter of the Petition of GEORGE M. TRUE, as Executor Therein Named, for the Probate of a Paper Purporting to Be the Last Will and Testament of ANNIE V. DEY ERMAND, Late of the City of Albany, County of Albany and State of New York, Deceased. JULIA T. O'BRIEN and Another, Appellants; GERTRUDE D. PRUYN and Others, Respondents.— Decree and order unanimously affirmed, with costs to the respondent Pruyn payable out of the estate.

In the Matter of the Judicial Settlement of the Accounts of GERRIT S. COLLIER, as Executor, . etc., of CALVIN ACKLEY, Deceased, Respondent. METHODIST EPISCOPAL CHURCH OF KINDERHOOK, NEW YORK, Appellant; RUFUS A. LATHROP and Others, Respondents.— Decree unanimously affirmed, without costs, upon the opinion of the surrogate. (Reported in 97 Misc. Rep. 543.)

In the Matter of the Claim of WILLIAM SCHWEIGER, for Compensation under the Workmen's Compensation Law, v. JOHN SCHREINER and Another. —Motion denied.

In the Matter of the Claim of HENRIETTA LA FLEUR, for Compensation under the Workmen's Compensation Law, v. GEORGE M. WOOD, JR., and Another.— Motion denied.

In the Matter of the Claim of CHARLES McNALLY, for Compensation under the Workmen's Compensation Law, v. THE DIAMOND MILLS PAPER COMPANY and Another.— Motion denied.

WELLINGTON PUGH, Respondent, v. FENTON BLISS, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the recovery is excessive, unless the plaintiff stipulates to reduce the damages to $250, in which case the judgment is so modified and as modified judgment and order unanimously affirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. INTERNATIONAL BRIDGE COMPANY, Appellant.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES D. CONSIDINE, Respondent.— Interlocutory judgment unanimously affirmed, with costs, with leave to plaintiff to amend its complaint upon the payment of costs in both courts. Sewell, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAY MARSTON Appellant.— Judgment of conviction reversed as against the weight of the evidence and a new trial ordered. All concurred.